DOC NO
REC'D/FILED
2015 FEB 18 AM 11:51

# United States District Court
## Western District of Wisconsin

Ms. Roy Mitchell,
(Full name of plaintiff[s])

#309907
(Prisoner I.D. Number)

Case No. **15 C 108**
(Provided by clerk of court)

Plaintiff(s),

v.

State of Wisconsin Dept. of Corr. Secretary Edward F. Wall in his Individual and Official Capacity, Secretary Gary Hamblin in his Individual and Official Capacity, State of Wisconsin Dept. of Corrections, Mental Health Director Kevin Kallas, M.D. in his Individual and Official Capacity, Dr. Dawn Laurent in her Individual and Official Capacity, Department of Community Corrections Agent's Joseph Ruhnke and Brittany Wolfe in Individual and Official Capacities, Department of Corrections Community Supervisor Ms. Nicole Raisbeck in her Individual and Official Capacity.
(Full name of defendant[s])

Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. **PLACE OF PRESENT CONFINEMENT** (Provide full address)

_____

A. Is there a grievance procedure in your prison/jail? YES ☑ NO ☐

B. Have you filed a grievance concerning the facts relating to this complaint?
YES ☑ NO ☐

C. If you have used the grievance process:

1. Describe what you did and the result, if any.
I've Filed Numerous grievance complaints and they've been very ill manneredly, nonchalantly Dismissed

2. Is the grievance process completed? Yes Exhausted All Available Remedies Dating Back onto year of 2012 the Department of Corrections Administrative Records would so set forth and Attached Exhibits

D. If you did not use the grievance process, explain why not

_____
_____

4/07
P\Forms\42USC1983.Complaint

II. **PARTIES**

A. Your name (Plaintiff) _Ms. Roy Mitchell_

B. Prisoner I.D. Number _309907_

C. Your address _Homeless forced to Live in Very Hostile, male Homeless shelter in which even State of Wisconsin Hearings and Appeals Admin. Law Judge mrs. Beth Whitaker has so Set Forth in June 27 2013, order so set's forth is separate page.) habilitation, safety and stability as a Female-presenting unstable, and in contrary to my rehabilitation Transgendered capacities._

D. DEFENDANT (name) _State of Wisconsin Department of Corrections person. Secretaries Gary Hamblin and Edward F. Wall In their Individual and Offical_ is employed as _Department of Corrections previous and current Secretaries_ at _State of Wisconsin Department of Corrections_

E. Additional DEFENDANTS (names and positions): _State of Wisconsin Department of Corrections Mental Health Directors Dr. Kevin Kallas M.D State of Wisconsin Department of Community Corrections Supervisor Ms. Nicole Raisbeck, State of Wisconsin Department of Community Corrections Agent's Joseph Ruhnke and Brittany Wolfe, in their Individual and Official Capacities. State of Wisconsin Department of Corrections psychological services supervisor Dr. Dawn Laurant in her Individual and Official Capacity_

III. **PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court relating to the same facts involved in this action? YES ☐ NO ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

C. If your answer is YES to either of the above questions, provide the following requested information.

1. Parties to the previous lawsuit

Plaintiff(s): _Ms. Roy Mitchell_

Defendant(s): _Pat Price et AL.,_

2. Date filed _Year 2011_

3. Court where case filed (if federal court, name district; if state court, name the

Complaint Under the Civil Rights Act                                                              Page 4

county) _United States District Court for Western District of Wisconsin_

4. Case number and citation _11-CV-260-WMC_

5. Basic claim made _Violation's of Constitutional Rights_

6. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Pending, in Advisement of Court in preparations for Trial_

7. If resolved, date of disposition _____

8. If resolved, state whether for _____
    (Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV. STATEMENT OF CLAIM

A. State as briefly as possible the facts of your case. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On November 1, 2012 Complainant Ms. Roy Mitchell After her Exhaustions of the inmate grievance complaint procedure mailed State of Wisconsin Dept. of Corrections then Secretary Mr. Gary Hamblin a correspondance ("Please see Attached Exhibit "S") requesting may he Please Adequately Look into the important matter of her receiving the Adequately treatment for her Serious medical condition of Gender Identity Disorder, as so Highly reccommended by Forensic and Human Services Specialist Ms. Cynthia Osborne unto Department of Corrections (Please see Exhibit "K") in reference unto Department of Corrections G.I.D policy (Please see Exhibit "B") on November 29, 2012 (Please see Attached Exhibit "T") Complainant Ms. Mitchell
(Statement of Claim continues on next page please and thank you)

**STATEMENT OF CLAIM continued**

Via U.S. postage mail sent correspondance unto Department of corrections then Secretary Mr. Edward F. Wall crying out for Assistance and implementation of very needed treatments for her serious medical condition of Gender Identity Disorder (please see Attached Exhibit "T") in reference unto her numerous filed complaints unto the Department and in reference unto Departments G.I.D Policy (may you please see Attached Exhibit "B" and Exhibit "J") on February 22, 2012, again on November 28, 2012 (Please see Attached Exhibit "E" and Exhibit "J")(Exhibit "K") and in reference unto Dept. of corrections G.I.D. Policy (See Exhibit "B") Complainant, cried out unto Defendant Department of corrections mental Health Director Dr. Kevin Kallas, for implementive of Adequate Treatments for her serious medical condition Diagnosis of Gender Identity Disorder in which Dr. Kallas is very formular with in reference unto previous Litigation before this court of such a serious medical condition please

Statement of Claim Continues

(see Attached Exhibit "D") in which complainant has not to date, received no forms of Adequately implementive treatments from the Department of corrections and in fact was prevented from seeking out on her own by named Defendant's Department of community corrections Agents Joseph Ruphke and partner Brittany Wolfe the record before this court would so reflect even after knowing of the Hardship complainant suffers from not Adequately receit of the very needed treatmental imp

(Statement of claim continues on Next page please and thankyou)

**STATEMENT OF CLAIM continued**

lementations, of such vital treatment's. Upon complainant release of 1-8-2013 psychologist supervisor failed to follow up with Department of Community Corrections Assigned Agent of complainant toward Assurance that complainant was Allowed to receive very needed treatment's for G.I.D in reference unto Attached (Exhibit's "B" and "K") during course of complainant's community supervision even After being Numerously Notified Defendant Ms. Ra-ished, in reference unto (Exhibit B) inform Defendant's Ruhnke and Wolfe under her then supervision to Allow complainant to receive Adequate treatment's for her G.I.D Diagnosis, on 12-12-2012 (See Exhibit's DD page 34) Exhibit "G" "F" "C") upon request of community corrections Agent Ruhnke complainant released her entire medical, mental health All Records unto Agent Ruhnke for review on 1-8-2013 upon complainant Release complainant was forced to sign Rules that she will present as and Dress as a male see (Exhibit "I" page 2 number 22) complainant was informed that she, may not seek out treatment for her G.I.D see (Exhibit DD page 34; 32; 27; (Entire Exhibit's pages and out lines so set's forth) and these immoral orders were so set forth by then community supervision Agent's Both Joseph Ruhnke and Brittany Wolfe "Exhibit DD" out lines so set's forth.

B. State briefly your legal theory or cite appropriate authority.

Complainant Ask this court to please see (Exhibit D) in which the court has Already so set forth in Fields v. Smith, 712 F.Supp.2d 830 (2010) that the Department of Corrections as so Defined by our Nations Governing Constitution Deliberately Indifferently, Deprive inmate's whom suffers from a serious medical condition of Gender Identity Disorder from implementations of Adequate treatment for this serious medical Diagnosis Also Complainant Ask this court to see Attached Exhibit's "F" "H" "P" and Department of corrections very own policy for G.I.D inmates "Exhibit B" in which as so set forth in Attached Exhibits "H and F" in which the State of Wisconsin Division of Hearing and Appeals Administrative Law Judge Mrs. Beth Whitaker Dated June 17, 2013 and Judge Ms. Cynthia L. Stoppel has so set forth that such Deliberate Indifference by the Department unto complainant is in total Disregard unto complainants Stability and Rehabilitation and yet to date, complainant continues to receive she fears Non-chalance and inadequate Assistance toward receipt of very much needed treatment Assistance from Department

V.   **RELIEF YOU REQUEST**

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about. Due unto the very ill-willed, Deliberately Indifferently treatments complainant is enduring from Department of Community corrections in which is very Detrimental unto complainant well being even After Administrative law Judge Mrs. Beth Whitaker has so set forth unto Department of corrections please see Exhibit's "F" and "P" complainant receive's no forms of Adequate implementative treatments and/or Assistance from Department has been forced to live in a males Homeless shelter which is not a stable, safe or comfort to a female presenting trdnsgendered person in which, I'm met with a great deal of Adversity in such a males Dominated Environment in which is causing me a great deal of Depression, Turmoil and Anexity plaintiff begs this court for Temperary Restraing order to be placed under Supervision of Senten-cing, circuit court Judge and/or court commissioner, while suit is being held before this court on its merits as so set forth and also Due unto the plaintiff fear of Co-conspired retaliation from named Defendants and collegues of named Defendants within Department of corrections community supervisions office located at 5706 odana Road madison, wisconsin 53719 plaintiff is suffering a great deal of Distress, Emotional turmoil, for lack of treatment for her G.ID Disorder and her Already Diagnosis of Chronic Post Traumatic Stress Disorder the record would Reflect and plaintiff so seeks monetary Damages of the sum of $2,220,000 for her physical emotional and mental Abuses any immoral unconstitutional infliction by named Defendants

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 18 day of Feburary, 2015.

Signature of plaintiff
Mrs. Roy Mitchell

Address: Homeless forced to reside at males Homeless Shelter plaintiff may be reached and courts orders in reference unto this Action may be mailed in care of plaintiff's mother Emma Mims 2221 Carling Drive #2 madison, wisconsin 53711 Please Note plaintiff will Responsibly follow up with court