IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROY MITCHELL,

                    Plaintiff,

v.

EDWARD F. WALL, *et al.*,

                    Defendants.

ORDER

15-cv-108-wmc

---

Plaintiff Roy Mitchell filed this civil action under 42 U.S.C. § 1983, alleging that he was denied medical care while incarcerated in the Wisconsin Department of Corrections. On April 7, 2015, the court granted Mitchell leave to proceed with claims against two defendants and denied leave to proceed against the remaining defendants. Mitchell has now filed a motion for reconsideration, objecting to the court's decision to deny him leave to proceed against three probation agents (Joseph Ruhnke, Brittany Wolfe and Nicole Raisbeck). The court construes the motion as one governed by Fed. R. Civ. P. 59(e). Mitchell does not show that the April 7 order was entered in error or that he is entitled to relief from that judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Roy Mitchell's motion for reconsideration (dkt. # 15) is DENIED.

Entered this 15th day of April, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge