United States District Court for the
Western District of Wisconsin

Ms. Roy Mitchell
    Plaintiff

V.             Case No.: 15-CV-108-WMC

Edward F. Wall, et al
    Defendants

## Notice of Appeal

Notice is hereby given that Ms. Roy Mitchell in the above named case hereby Appeal to the United States court of Appeals for the Seventh Circuit from an order entered in this action on the 7th day of April, 2015.

S) Ms. Roy Mitchell
In care of Mother Emma Mrs
2221 Carling Drive #2
Madison, WI 53711

2015 APR 23 AM 10: 37
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED

LEGAL LOAN    3 0 9 9 0 7

United States District Court for the Western
District of Wisconsin

Plaintiff, Ms. Roy Mitchell

V.                          Case NO: 15-CV-108-WMC

Edward F. Wall, et al.,
Defendants

## Notice of Appeal

Notice is hereby given that Ms. Roy Mitchell in the above named case hereby appeals the United States Court of Appeals for the Seventh Circuit from an order entered in this action on the 8th day of April, 2015.

S.) Ms. Roy Mitchell
In care of mother Emma Mims
2221 Carling Drive #2
Madison, WI 53711

LEGAL LOAN   3 0 9 9 0 7

United States District Court for the
Western District of Wisconsin

Ms. Roy Mitchell
    Plaintiff

V.                              Case No.: 15-CV-108-WMC

Edward F. Wall et al
    Defendants

## Notice of Appeal

Notice is hereby given that Ms. Roy Mitchell in the above named case hereby Appeal to the United States court of Appeal's for the Seventh Circuit from an order entered in this Action on the 15th day of April, 2015

(S.) Ms. Roy Mitchell
In care of Mother Emma Mims
2221 Carling Drive #2
Madison, WI 53711

2015 APR 23 AM 10:37
DOC NO
REC'D/FILED
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

LEGAL LOAN    3-099-07