Dear: Attorney Mr. Corey F. Finkelmeyer
Wisconsin Department of Justice
9-21-2015

Re: Ms. Roy Mitchell v. Edward F. wall, et al, case
No. 15-CV-108-WMC, plaintiff todate responsi-
ble proposal, to open minded, Compromi-
se, settlemental Resolution of pending litig-
ations, in which youre so named as Reprsentative
Counsel.

Goodday, Counselor Mr. Finkelmeyer Sir
I plaintiff Ms. Mitchell so pray that this
pleading so Greet's All involved in the
litigating process of this Action in the
best of Healths and of spirits I plaintif
Ms. Mitchell so Come unto you todate
Counselor, in responsible Stance towards
possible Compromise, settlement Resolut-
ions of the Above reference Action, as
well as Case No. 15-CV-426-WMC Ms. Roy M-
itchell, V. State of Wisconsin Dept. of Health Services
in which the courts records todate so set for-
th, youre also representative Counsel for Na-
med, Defendants in that Action in which has
Also NOW- randomly as the courts Docketing Records
So set's forth been Assigned unto your honorable Chief
Judge william M. Conley's court as well

(may you Please continue on next page)

DOC NO
REC'D/FILED

2015 SEP 28  AM 9: 45

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

plaintiff todate responsibily propose this
Consolidatory possible todate Conson-
arity, resolutionary Settlement Compro-
mising, proposal toward Sound Stan-
dings of reserving time, resource and
unto plaintiff's Understanding respect
unto the Courts in which Mutual stance
is for Hopful Streamlining litigative
move ments of Actions before its rev-
iews, due unto back logs of cases be-
ere, is Docketing and in the hope th-
at, parties involved in the cases before
its reviews can responsibily, Compro-
misingly, so resolve the Disputes Am-
engs, One another thereby respectfully
preserving courts Valuable time and
resourse, Mr. Finkelmeyer Counselor
Sir as plaintiff so set forth in earlier
responsible, open mindedly Comprom-
isingly, Standing Settlement resolutionary
proposal's unto your offie the courts
records so reflect's plaintiff is well
aware of Wisconsin Statute 165.08 in wh-
ich so gives yourself as well as other
presiding Representative Counsel for the
State of Wisconsin Department of Justice the
Discretionary Authority to compromisingly Settle

may you please continue on next page ~

any Actions in which you so represent, mr.
Finkelmeyer, Counselor) & is, as plain-
tiff, has Also so set forth in earlier
settlement proposal pleadings unto
you, plaintiff has reviewed the
Fields v. Smith, 712 F.Supp. 2d 830
(2010) precedence case in which you
also presided as Representative
Counsel over for the very named Def-
endants, due unto the very mesther-
iously Standings in which plaintiff
took Also so set's forth unto this court
Concerning the enfringements unto
her constitutional rights and the
Deliberately Indifferently mistreat-
ments in which she was subjected
unto denying her treatments for
her Gender Identity Disorder Dia-
gnosis in which even yourself Couns-
elor, is well aware of as Represe-
ntative, Counsel in the Fields v.
Smith, 712 F.Supp. 2d 830 (2010) case
in which has been declared by many
Courts as a Serious medical Condition
Counselor I would Also Like to bring
unto your Attention as well as the Courts
that in April of this year, the federal Department

(may you please continue on next page)

*Plaintiff*

of Justice Weighed in on a lawsuit brought by a
transgender Georgia inmate, saying that Failure
to provide individualized and appropriate medi-
cal care for persons suffering from Gender dys-
phoria, Violates the Eighth Amendment's proh-
ibition on cruel and unusual punishment, accor-
ding, to a statement of interest filed April 3,
2015, Counselor, Mr. Finkelmeyer Sir as
the courts records so reflects I have been
Denied implementative treatments for
a serious medical Condition Diagnosis
G.F.D for years dating back unto year
2012, when the Department of Corrections Very
own Hired forensic and Human Service
Consultant Ms. Cynthia Osborne in whoms
reccommendational findings so sets forth
I am an excellent candidate for hormone
therapies in her final report unto them Dated
September 27, 2012 and yet I fear I was
immorally and total contrary unto the best
of my well being forced to repress my innate
natural born Characteristics and clinically
Diagnostic in which is so Clearly, Unethically immora-
L Counselor Mr. Finkelmeyer and again Sir, the
Courts records todate so sets forth this fact
please See vitally meritorious Exhibits Attached
unto the Complaint's at times of filings
(may you please continue on next pages thank you)

in which so supports the facts set forth in the Complaint before this court on its meritorious Standings and Constitutional questions, merits in which are so Identical on its very fabric as previously litigated before the Court in which your Client's State of Wisconsin and its agencies, practices, and mandatedly provisions were before the court on their Constitutional questional Standings in Precedence Case Fields v. Smith, 712 F. Supp. 2d 830 (2010) in which the mitigating standings of the Case again may I please Add are so Identical unto the Circumstial meritorious Standings of these Actions before the court, standings in which you are all to well aware of being you were representational Counsel for the State of Wisconsin in reference unto the Wisconsin Statute § 302.386(5m) in which was declared unconstitutional and the State of Wisconsin Department of corrections in which were being so ordered by the Statute to Deliberately Indifferently unconstitutionally Deny Humanbeings so ordered by the courts / to be in their Cares in whom suffered a serious medical Condition Diagnosis G.I.D. Deny unto these Humanbeing the Adequately implementative treatments in which is before the courts todate in these Actions as well as

(MAY) you please continue on next page

(page 7 of 8 please continue on Reverseside thank you)

multipule, cases pending Both before the
eastern District as well as the western
District in reference unto the Deliberately In-
differently, Continued Unconstitutional quest-
ional, cares unto Human being under their
care so Awarded into their Custody, receiving
federal funding to Assure all Human beings
within their cares regardless of their Clin-
ical, Diagnostic's with the Adoquate implem-
entive, treatments for their Diagnosis, whether
the presiding state agencies official's and
personnel personally Agree with one's Expre-
ssions, and Diagnosis being it is a fact
Mr. Finkelmeyer, Counselor that there are
in fact Taxes payers, from all walks of
lives, Expressions, Creeds, Diagnosis, Origins
Genders, freedoms of Expression in whom
Taxes Dollars support the federally funded
Assistive programing, and Governmental Based
Agencies in whom are recipient's of the federal
funding Assistance support of Taxes payers Taxes
Dollars fromm All walks on lives, and Diagnoss
including Taxes payers suffering form the Serious
medical Condition Diagnosis Gender Identity Disadr
Mr. Finkelmeyer Counselor, as the named Depend-
ants, representative Counsel in the Fields v.
Smith, 712 F. Supp. 2d 830 (2010) and the precedence

(may you please continue on Reverseside thank you)

standing's of that action in which the meritorious standing of these Actions so virtually set's forth yet one again identical, meritorious Standings and Constitution questions before the court in which the Court as previous addressed against the Very Named Defendants State of Wisconsin and its Governing Agencies, in the precedence Fields v. Smith, 712 F. Supp. 2d 830 (2010), (Camelor), the courts Records too the supports the infringement's unto my Constitutional Rights, due unto the Deliberately Indifferently ill-treatment's unto Affording me Adequate treatments for my Serious medical Condition Diagnosis G.I.D in which federal funding Assistance were the Source of the Coverage of the needed treatmentive implomentives plaintiff in reasonable Compromisingly, out of respect unto the courts in which so Advocate "Streamlined," litigative process in Mutural stance unto the presenting litigative parties before its review on the Actions merits plaintiff once Again propose "Consolidated" reasonable Settlement Compromise in which would so respectfully, Aide all parties involved Valuable resource time litigative fee's etc, so plaintiff request Mr. Finkelmeyer by November 2, 2015 in reference unto yourself and your Clients Standing of possible reasonable Compromise Settlement Resolution of these Actions before court on their merits. /S.