UNITED STATES DISTRICT COURT

for the

< Western > DISTRICT OF < Wisconsin >

2015 AUG 17 AM 10: 23

&lt;Name(s) of plaintiff(s)&gt;,
**Ms. Roy Mitchell**
Plaintiff(s)

v.

&lt;Name(s) of defendant(s)&gt;,
**Edward F. Wall, et al**
Defendant(s)

Case No. &lt;Number&gt; **15-CV-108-WMC**

## NOTICE OF APPEAL

Notice is hereby given that &lt;Name all parties taking the appeal&gt;, [plaintiffs] [defendants] in the above named case &lt;See Rule 3(c) for permissible ways of identifying appellants.&gt;, hereby appeal to the United States Court of Appeals for the &lt; **Seventh** &gt; Circuit [from the final judgment] [from an order &lt;describing it&gt;] entered in this action on &lt;Date&gt;. **August 6, 2015**

Date: &lt;Date&gt; **8-10-2015**

&lt;Signature of the attorney or unrepresented party&gt;
*Roy Mitchell*

&lt;Printed name&gt; **Roy Mitchell**
Attorney for &lt;party&gt;
&lt;Address&gt; **115 West Doty Street**
&lt;E-mail address&gt; **Madison, Wisconsin**
&lt;Telephone number&gt; **53703**