IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-108-wmc

v.

EDWARD F. WALL, GARY HAMBLIN,
DR. KEVIN KALLAS, DR. DAWN
LAURENT, JOSEPH RUHNKE, BRITTANY
WOLFE and NICOLE RAISBECK,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff Roy Mitchell leave to proceed and dismissing hblin, Joseph Ruhnke, Brittany Wolfe and Nicole Raisbeck; and

    (2) granting summary judgment in favor of Dr. Kevin Kallas and Dr. Dawn Laurent and dismissing this case.

| /s/ | 8/26/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |