(Page 1 of 2)

Dear: Clerk of Court
U.S. Dist. court for western Dist of Wisconsin
8-29-2016

Re: Ms. Kay Mitchell v. Edward F. Wall et al. Case No. 15-CV-108-WMC plaintiff request Appeal unto the U.S. 7th Circuit of Appeal of the courts 8-25-2016 order in the Above reference Action the court may so send plaintiff All proper forms to complete in reference unto this Appeal request and plaintiff will duly complete them and re submitt BACK unto the court According

Very truthfully yours,
Ms. Kay Mitchell
115 west Doty Street
Madison, Wisconsin
53203

DOC NO
REC'D/FILED
2016 SEP -2 PM 12:33
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-108-wmc

v.

EDWARD F. WALL, GARY HAMBLIN,
DR. KEVIN KALLAS, DR. DAWN
LAURENT, JOSEPH RUHNKE, BRITTANY
WOLFE and NICOLE RAISBECK,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Roy Mitchell leave to proceed and dismissing hblin, Joseph Ruhnke, Brittany Wolfe and Nicole Raisbeck; and

(2) granting summary judgment in favor of Dr. Kevin Kallas and Dr. Dawn Laurent and dismissing this case.

/s/                                                                           8/26/2016

Peter Oppeneer, Clerk of Court                                   Date

*[Handwritten:]* Request to Appeal
This final Judgement