IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,

v.                                                   Case No. 15-CV-0108

KEVIN KALLAS, et al.,

    Defendants.

## STIPULATION FOR DISMISSAL

Plaintiff, Roy (Lisa) Mitchell, by her undersigned counsel, and Defendants, by their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Dated: January 2, 2019.

s/Nicole S. Jakubowski
Nicole S. Jakubowski
State Bar #6297021 (IL)

Attorney for Plaintiff
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606

Dated: January 2, 2019.

BRAD D. SCHIMEL
Wisconsin Attorney General


<u>s/Laure Rakvic-Farr</u>
LAURE RAKVIC-FARR
Assistant Attorney General
State Bar #1049540

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0323
(608) 267-8906 (Fax)
Rakvic-farrlc@doj.state.wi.us